# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A., A
NATIONAL BANKING ASSOCIATION,
Appellant,
vs.
TRP FUND IV, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Respondent.

No. 69846

FILED

JUN 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from district court orders granting a motion to dismiss and a motion for summary judgment in a quiet title action. On April 6, 2016, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. We explained that it appeared that the third-party complaint against Dana Powers remained pending in the district court such that the district court order was not a final judgment appealable under NRAP 3A(b)(1). *See* NRAP 3A(b)(1); *Lee v. GNLV, Corp.*, 116 Nev. 426. 996 P.2d 416, 417 (2000). We gave appellant 30 days within which to respond, cautioning that failure to demonstrate that we have jurisdiction could result in the dismissal of this appeal. To date, appellant has not responded. Accordingly, appellant fails to demonstrate that this court has jurisdiction over this appeal, *see Moran v. Bonneville Square Assocs.*, 117 Nev. 525, 527, 25 P.3d 898, 899 (2001) (the

16-17351

burden lies with appellant to demonstrate that this court has jurisdiction), and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. James Crockett, District Judge
Akerman LLP/Las Vegas
The Wright Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A